IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV449 |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME TO SERVE SUMMONS |
| JEFFREY A. ENDERS, | ) | AND COMPLAINT |
| | ) | |
| Defendant. | ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint, (filing 6),

IT IS HEREBY ORDERED that Plaintiff is granted 120 days, until February 23, 2007, within which to complete service by US Marshal upon Defendant Jeffrey A. Enders.

DATED  October 26, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge