IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CV449 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JEFFREY A. ENDERS, | ) | |
| | ) | |
| Defendant. | ) | |

An electronic copy of a proposed "Final Judgment by Consent," purporting to bear the signature of the defendant, has been submitted to me by email. The docket sheet maintained for this case does not reflect that service has been made upon the defendant, and the handwritten signature of the defendant on the proposed consent judgment is illegible. I will not enter the proposed consent judgment unless and until counsel for the plaintiff electronically files an affidavit attesting to the authenticity of the signature of the defendant on the proposed judgment. I will give the plaintiff ten days to file the necessary affidavit.

The plaintiff's counsel is advised for future reference that the typical practice when a case is settled is for the parties to electronically file a joint stipulation of settlement and to simultaneously submit a proposed judgment to my chambers.

Accordingly,

IT IS ORDERED :

1. The plaintiff shall electronically file an affidavit attesting to the fact that the handwritten signature of the defendant on the proposed "Final

Judgment by Consent" emailed to my chambers on December 13, 2006 is the signature of Jeffrey A. Enders, the defendant in this matter; and

2. Absent timely filing of an affidavit authenticating the defendant's signature, I will take no further action on the proposed "Final Judgment by Consent."

December 15, 2006                BY THE COURT:

*s/Richard G. Kopf*
United States District Judge