IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2007 JAN -3 PM 3:52
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV449 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY A. ENDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a consent judgment in the sum of $ 1,432.75 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $420.40.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

UNITED STATES OF AMERICA,
Plaintiff,

JOE W. STECHER
United States Attorney

_____
LAURIE M. BARRETT
Assistant U. S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68101
(402) 661-3700

_____
Defendant
3445 4th Ave
Address
Council Bluffs IA 51501
City, State & Zip
(712) 314-1311
Telephone Number

APPROVED THIS 3nd day of January, 2007, accruing at the legal rate of 4.99 % per annum from the date of this judgment, until paid in full and court costs.

_____
RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE