IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    8:06CV449 |
| | ) |
| Jeffrey A. Enders, | ) |
|     Defendant, | ) |
| | ) |
|     and | ) |
| | ) |
| Pilot Travel Centers LLC, | ) |
|     Garnishee. | ) |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, filing no. 19, for an order to issue the Writ of Continuing Garnishment against Pilot Travel Centers LLC, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Pilot Travel Centers LLC, whose address is P.O. Box 280100, Nashville, TN 37228.

DATED this 19th day of November, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge